IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-108-4 |
| | § | |
| BENITO TAPIA | § | |

**O R D E R**

Defendant Benito Tapia filed an unopposed motion for continuance of the sentencing hearing and to extend time for filing objections, (Docket Entry No. 127). The motion is GRANTED. The sentencing hearing is reset to **May 10, 2011 at 9:00 a.m.** Objections to the presentence investigation report are to be filed by April 26, 2011.

SIGNED on February 7, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge